IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARCUS EASTERWOOD                                                              PLAINTIFF
ADC #136647

V.                                    NO.  4:06cv01004 JLH

K.  WRIGHT, et al                                                              DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint in its entirety, with prejudice.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from its order, and this judgment entered thereunder, would not be taken in good faith.

IT IS SO ORDERED this 31st day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE